Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−11720−aih**

**In re:**
Marlon J. Leath
416 Marseilles Ave.
Elyria, OH 44035

**Social Security No.:**
xxx−xx−6355

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Virgil E Brown Jr is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** July 28, 2010  /s/ Arthur I. Harris
Form ohnb136  United States Bankruptcy Judge